No. 22060.

ORDIE BILLENWILLMS AND LUCY N. BILLENWILLMS *v.* RYNAL S. AMACK AND HELEN AMACK.
(456 P.2d 746)

Decided July 22, 1969.

DEAN JOHNSON, RECTOR, KANE, DONLEY & WILLS, for plaintiffs in error.

HENRY, COCKRELL, QUINN & CREIGHTON, for defendants in error.

*En Banc.*

Per Curiam

. . .

THE parties herein have filed with this court confession

of error to the errors and cross errors assigned by them respectively in this case.

Accordingly, the court being fully advised by the briefs and record herein, orders that the trial court's findings of fact and conclusions of law be vacated and the judgment entered herein be reversed.

The cause is remanded to the trial court for further proceedings.